## CLERK'S MINUTES REGARDING
## RULE 16 SETTLEMENT CONFERENCE

**CASE NAME:**     Smith v. United States of America

**CASE NUMBER**:  Civ. No. 20-485 WJ/KK

A Rule 16 Settlement Conference was conducted before United States Magistrate Judge Kirtan Khalsa beginning at 9:30 a.m. on Wednesday, May 19, 2021.

**APPEARANCES:**

**For Plaintiff**:        Scott F. Voorhees

**With Client**:          Georgeanne Smith

**Other Participant:**    Roland Smith

**For Defendant**:        Kimberly N. Bell

**With Client**:          None

**RESULTS OF SETTLEMENT CONFERENCE**:     Case settled.  Closing documents are due within 60 days.

**TIME SPENT IN SETTLEMENT CONFERENCE**:   2 hours and 13 minutes