IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


**GEORGEANNE SMITH,**

    **Plaintiff,**

**v.**                                                       **Civil Cause No. 1:20-cv-00485-WJ-KK**

**UNITED STATES OF AMERICA,**

    **Defendant.**


### **STIPULATION OF DISISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

COMES NOW Plaintiff Georgeanne Smith and hereby voluntarily dismisses with prejudice her cause of action against Defendant United States of America, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). All parties shall bear their own attorneys' fees and costs.


                                              Respectfully submitted:

                                              Voorhees Law Firm, P.C.

                                              */s/ Scott F. Voorhees*
                                              Scott F. Voorhees
                                              Tarra Hoden
                                              P.O. Box 6340
                                              Santa Fe, NM 87502
                                              (505) 820-3302
                                              scott@voorheeslawfirm.com
                                              Tarra@voorheeslawfirm.com
                                              *Attorneys for Plaintiff*

**Approved:**

FRED J. FEDERICI
Acting United States Attorney

*/s/ Kimberly Bell*
KIMBERLY BELL
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274; Fax: (505) 346-7205
Kimberly.Bell@usdoj.gov

**I HEREBY CERTIFY** that on the 21st day of July, 2021, I filed the foregoing electronically through the CM/ECF filing system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing to:

Kimberly Bell
Attorney for Defendant United States of America

*/s/ Scott F. Voorhees*
Scott F. Voorhees